Lejkowska v. Godlewski, 195 Ill. App. 383.

# Clara Lejkowska, Defendant in Error, v. A. M. Godlewski, Plaintiff in Error.

## Gen. No. 21,183.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed December 6, 1915.

## Statement of the Case.

Action by Clara Lejkowska, plaintiff, against A. M. Godlewski, defendant, in the Municipal Court of Chicago. To reverse a judgment for plaintiff for eight hundred dollars, defendant prosecutes this writ of error.

W. G. ANDERSON, for plaintiff in error.

CAVENDER & KAISER, for defendant in error.  -

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 943*—*when defect in record places burden of proof on plaintiff in error.* Where a writ of error brings up only the statutory record, without a bill of exceptions, statement of facts or stenographic report of the proceedings in the trial court, plaintiff in error has the burden of showing affirmatively that such record shows the omission of something to his disadvantage, and in the absence of such a showing the legality of the proceedings shown by the record will be presumed.

2. DISMISSAL, NONSUIT AND DISCONTINUANCE, § 11*—*when allowed as to one defendant.* Where two defendants are served, it is not error to allow plaintiff before trial to dismiss as to one defendant and to amend her statement of claim as to the other, even though the defendant had no notice, for the reason that when defendant is brought into court by service of process on him, it is his duty to be and appear until the case is disposed of, without further notice.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.